02-11-102-CV











 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 


 

 

NO. 02-11-00102-CV 

 

 


 
 
 In re Subfloor Systems, LLP, Subfloor Systems,
 Ltd., Subfloor Systems, Inc., and Thomas H. Hatton
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                      
------------

The
court has considered relators’ petition for writ of mandamus and is of the opinion
that relief should be denied.  Accordingly, relators’ petition for writ of
mandamus is denied, and we lift our stay of March 21, 2011.

 

PER CURIAM

 

PANEL: 
MEIER, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
May 4, 2011














         
[1]See
Tex. R. App. P. 47.4, 52.8(d).